## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TOMMY RUSSELL, Husband; and DEBRA RAE RUSSELL,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**C.R. ENGLAND, INC., a Utah corporation; and KEVIN C. SIMS,**<br><br>**Defendants.** | **7:23CV5001**<br><br>**ORDER**<br>**NUNC PRO TUNC** |

Counsel for the parties have advised the court that mediation has been scheduled for **March 31, 2025**, with Rob Keith.  Accordingly,

**IT IS ORDERED**:

1.   All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2.   On or before **April 4, 2025**, the parties shall notify the Court regarding the outcome of mediation.

3.   If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines on or before **April 7, 2025**.

Dated this 23rd day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge