IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMMY RUSSELL, Husband; and DEBRA RAE RUSSELL,<br><br>          Plaintiffs,<br><br>     vs.<br><br>C.R. ENGLAND, INC., a Utah corporation; and KEVIN C. SIMS,<br><br>          Defendants. | **7:23CV5001**<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 76) is granted and David C. Mullin is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to David C. Mullin in this case.

Dated this 12th day of June, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge