## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TOMMY RUSSELL, Husband; and DEBRA RAE RUSSELL,

Plaintiffs,

vs.

C.R. ENGLAND, INC., a Utah corporation; and KEVIN C. SIMS,

Defendants.

7:23CV5001

ORDER

The Court held a telephone conference with counsel for the parties on March 2, 2026, regarding expert disclosure deadlines and Defendants' objections to Plaintiffs proposed Rule 30(b)(6) deposition notice topics. The parties submitted position statements and other documents to the Court in advance of the hearing, which are attached to this Order. The Court's rulings on the parties' disputes were stated on the record during the call, which is uploaded as a separate audio file. In accordance with the Court's rulings during the conference,

1. Plaintiffs have not established good cause to extend the expert disclosure deadlines.
2. Plaintiffs' proposed Topic 5 should be limited to the type of vehicle operated by Defendant Sims in the State of Nebraska.
3. Defendants' objections to Plaintiff's proposed Rule 30(b)(6) deposition topics are otherwise overruled as stated on the record.
4. For purposes of filing Objections to Magistrate Judge's Orders under NECivR 72.2(a), any party must do so within 14-days of this Order.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge