## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TOMMY RUSSELL, Husband; and DEBRA
RAE RUSSELL,

      **Plaintiffs,**

    vs.

C.R. ENGLAND, INC., a Utah corporation;
and KEVIN C. SIMS,

      **Defendants.**

7:23CV5001


ORDER

Counsel have advised the court that the parties intend to schedule an additional session of mediation with Rob Keith. Accordingly,

**IT IS ORDERED** that the parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

Dated this 23rd day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge