## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMMY RUSSELL, Husband; and DEBRA RAE RUSSELL, <br><br> **Plaintiffs,** <br><br> vs. <br><br> C.R. ENGLAND, INC., a Utah corporation; and KEVIN C. SIMS, <br><br> **Defendants.** | **7:23CV5001** <br><br> **ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **July 30, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 29th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge