IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TOMMY RUSSELL, Husband; and DEBRA RAE RUSSELL,

Plaintiffs,

vs.

C.R. ENGLAND, INC., a Utah corporation; and KEVIN C. SIMS,

Defendants.

**7:23CV5001**

**DISMISSAL ORDER**

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. (Filing No. 115.) Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own costs and fees.

Dated this 23rd day of July, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge